## Notice Recipients

District/Off: 0756–1 User: admin Date Created: 04/24/2019
Case: 19–00472–JJG–7 Form ID: b318 Total: 62

**Recipients of Notice of Electronic Filing:**
ust    U.S. Trustee    ustpregion10.in.ecf@usdoj.gov
tr    Gregory S. Fehribach    mjurkiewicz@thefehribachgroup.com
aty    Ryan S. Wright    ecf@ryanscottwright.com

                                                                                                TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db    Keith Edward Lucas    328 Farmhouse Lane Apt B    Greenwood, IN 46143
jdb    Diane Marie Lucas    328 Farmhouse Lane Apt B    Greenwood, IN 46143
15168325    Abigail Lucas    445 W. Jefferson    Greenwood, IN 46143
15168326    American Arbitration Association    Chicago Regional Office    150 N. Michigan Avenue, Suite 3050    Chicago, IL 60601
15168327    Barton Farms Apartments    1630 Saddle Ln    Greenwood, IN 46143
15168329    Capital One    15000 Capital One Dr    Richmond, VA 23238
15168328    Capital One    Attn: Bankruptcy    Po Box 30285    Salt Lake City, UT 84130
15168330    Certegy Check Services, Inc.    P.O. Box 30296    Tampa, FL 33630
15168331    ChexSystems    Attn: Consumer Relations    7805 Hudson Road, Suite 100    Saint Paul, MN 55125
15168332    Comenity Bank/kingsize    Attn: Bankruptcy    Po Box 182125    Columbus, OH 43218
15168333    Comenity Bank/kingsize    Po Box 182789    Columbus, OH 43218
15168334    Comenitybank/meijer    Attn: Bankruptcy    Po Box 182273    Columbus, OH 43218
15168335    Comenitybank/meijer    Po Box 182789    Columbus, OH 43218
15168336    Comenitycapital/tytard    Attn: Bankruptcy Dept    Po Box 182125    Columbus, OH 43218
15168337    Comenitycapital/tytard    Po Box 182120    Columbus, OH 43218
15168338    Early Warning Services, LLC    16552 N 90th St    Scottsdale, AZ 85260
15168339    Educational Credit Management Corp.    PO Box 16408    Saint Paul, MN 55116
15168340    Equifax Credit Information Services, Inc    P.O. Box 740241    Atlanta, GA 30374
15168341    Exeter Finance Corp    Po Box 166008    Irving, TX 75016
15168342    Exeter Finance Corp    Po Box 166097    Irving, TX 75016
15171627    Exeter Finance LLC    AIS Portfolio Services, LP    4515 N Santa Fe Ave. Dept. APS    Oklahoma City, OK 73118
15168343    Experian    475 Anton Blvd.    Costa Mesa, CA 92626
15168344    G. L. A. Collection Company    Attn: Bankruptcy    Po Box 588    Greensburg, IN 47240
15168345    G. L. A. Collection Company    Po Box 991199    Louisville, KY 40269
15168347    IMC Credit Services, LLC    6955 Hillsdale Ct    Indianapolis, IN 46250
15168346    IMC Credit Services, LLC    Attn: Bankruptcy    Po Box 20636    Indianapolis, IN 46220
15168348    Indiana Attorney General    302 West Washington Street    IGCS 5th Floor    Indianapolis, IN 46204
15168350    Indiana Department Of Workforce Devlpmnt    10 N. Senate Ave. SE105–Legal Support    Indianapolis, IN 46204–2277
15168349    Indiana Department of Revenue    Bankruptcy Section, Room N–203    100 North Senate Avenue    Indianapolis, IN 46204
15168351    Internal Revenue Service    Centralized Insolvency Operation    P.O. Box 7346    Philadelphia, PA 19101–7346
15168352    Internal Revenue Service    Mail Stop SB380    575 N Pennsylvania St    Indianapolis, IN 46204–1526
15168353    Kohls/Capital One    Kohls Credit    Po Box 3120    Milwaukee, WI 53201
15168354    Kohls/Capital One    N56 W 17000 Ridgewood Dr    Menomonee Falls, WI 53051
15168355    Med–1 Sol    517 Us Highway 31 N    Greenwood, IN 46142
15168357    Midland Funding    2365 Northside Dr Ste 30    San Diego, CA 92108
15168356    Midland Funding    2365 Northside Dr Ste 300    San Diego, CA 92108
15168358    National Arbitration Forum    P.O. Box 50191    Minneapolis, MN 55405–0191
15168359    New Hampshire Higher Ed/Granite State Mg    Attn: Bankruptcy    Po Box 2097    Concord, NH 03302
15168360    New Hampshire Higher Ed/Granite State Mg    Po Box 3420    Concord, NH 03302
15168362    Phoenix Financial Services. Llc    8902 Otis Ave Ste 103a    Indianapolis, IN 46216
15168361    Phoenix Financial Services. Llc    Po Box 361450    Indianapolis, IN 46236
15168363    Recovery Management Systems Corporation    25 S.E. Avenue, Suite 1120    Miami, FL 33131
15168364    Santander Consumer USA    Attn: Bankruptcy    Po Box 961245    Fort Worth, TX 76161
15168365    Santander Consumer USA    Po Box 961245    Ft Worth, TX 76161
15168366    Social Security Administration    Chicago Regional Office    PO Box 8280    Chicago, IL 60680–8280
15168367    TeleCheck Services, Inc.    5251 Westheimer    Houston, TX 77056
15168369    Toyota Financial Services    111 W 22nd St    Oakbrook, IL 60521
15168368    Toyota Financial Services    Attn: Bankruptcy    Po Box 8026    Cedar Rapids, IA 52409
15168370    TransUnion Consumer Solutions    P.O. Box 2000    Crum Lynne, PA 19022–2000
15168371    Transword Systems, Inc    FKA NCO Financial Systems, Inc.)    507 Prudential Rd    Horsham, PA 19044
15168987    U.S. Attorney's Office    10 W Market St Ste 2100    Indianapolis IN 46204–3048

| | | | | |
|---|---|---|---|---|
| 15168373 | U.S. Department of Education | 500 W. Madison Street, Suite 1427 | Region V | Chicago, IL 60661 |
| 15168372 | U.S. Department of Education | Bankruptcy Dept | PO Box 65128 | Saint Paul, MN 55165 |
| 15168374 | U.S. Department of Education | LBJ – Dept of Education Building | 400 Maryland Avenue, SW | Washington, DC 20202 |
| 15168375 | U.S. Dept of Housing & Urban Development | Indianapolis Field Office | 575 N Pennsylvania Street, Suite 655 | Indianapolis, IN 46204–1524 |
| 15168377 | US Deptartment of Education/Great Lakes | 2401 International Lane | Madison, WI 53704 | |
| 15168376 | US Deptartment of Education/Great Lakes | Attn: Bankruptcy | Po Box 7860 | Madison, WI 53707 |
| 15168378 | Verizon Wireless | Attn: Verizon Wireless Bankruptcy Admini | 500 Technology Dr, Ste 550 | Weldon Spring, MO 63304 |
| 15168379 | Verizon Wireless | National Recovery Operations | Minneapolis, MN 55426 | |

TOTAL: 59